Tanya Boyd HARPER, Appellant,

v.

BROOKSHIRE GROCERY
COMPANY, Appellee.

No. 05–3812.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 8, 2006.

Filed: Nov. 14, 2006.

James M. Pratt, Jr., Camden, AR, for Plaintiff–Appellant.

R. Scott Morgan, Bridges & Young, Pine Bluff, AR, for Defendant–Appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Tanya Boyd Harper appeals from the district court's [1] adverse grant of summary judgment. In this diversity action, Harper claimed that Brookshire Grocery Company wrongfully discharged her, defamed her, and committed the tort of outrage against her.

Upon de novo review, *see Dennen v. City of Duluth*, 350 F.3d 786, 790 (8th Cir.2003), we find the district court's analysis to be correct, thorough, and well-

reasoned. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.